THE COMMISSION OF PUBLIC CHARITIES OF THE CITY OF
HUDSON et al., Appellants, *v.* WILLIAM WORTMAN, as
Mayor of the City of Hudson, Respondent.

Submitted November 23, 1938; decided December 9, 1938.

*R. Monell Herzberg* for appellants.

*Lewis E. McNamee* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.